UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _07/12/2017_

IN RE:

GENERAL MOTORS LLC IGNITION SWITCH
LITIGATION

*This Document Relates To All Actions*

14-MD-2543 (JMF)
14-MC-2543 (JMF)

**ORDER NO. 126**

**Regarding Common Benefit Order Fund Disbursement**

WHEREAS, Orders No. 13 (Dkt. No. 304) and No. 42 (Dkt. No. 743) establish procedures

for the collection, expenditure, and disbursement of funds for the common benefit of Plaintiffs in

this multi-district litigation;

WHEREAS, Co-Lead Counsel, Executive Committee members, and Liaison Counsel have

made payments of assessments totaling as follows:

| | |
|---|---|
| **Co-Lead Counsel**: | |
| Hagens Berman Sobol Shapiro LLP | $400,000.00 |
| Lieff Cabraser Heimann & Bernstein, LLP | $400,000.00 |
| Hilliard Munõz Gonzales LLP | $400,000.00 |
| | |
| **Executive Committee and Liaison Counsel:** | |
| Barrios Kingsdorf & Casteix, LLP | $15,000.00 |
| Boies, Schiller & Flexner, LLP | $15,000.00 |
| Cotchett, Pitre & McCarthy, LLP | $15,000.00 |
| Grant & Eisenhofer PA | $15,000.00 |
| Motley Rice LLC | $15,000.00 |
| Nast Law LLC | $15,000.00 |
| Otterbourg, Steindler, Houston & Rosen | $15,000.00 |
| Podhurst Orseck, P.A. | $15,000.00 |
| Robinson Calcagnie Robinson Robinson Shapiro Davis, Inc. | $15,000.00 |

1

| | |
|---|---|
| Susman Godfrey, LLP | $15,000.00 |
| Weitz & Luxenberg, PC | $15,000.00 |
| **Total:** | **$1,365,000.00** |

WHEREAS, Plaintiffs seek reimbursement of one hundred percent (100%) of the assessment payments that have been by made Executive Committee members and by Liaison Counsel, and eighty-five percent (85%) of the assessment payments that have been made by Co-Lead Counsel;

WHEREAS, there are sufficient funds for these reimbursements in the Common Benefit Order Fund, NOW, THEREFORE, IT IS ORDERED that the Common Benefit Order Funds shall be disbursed in the following amounts:

$1,185,000 be reimbursed to Court-Appointed Counsel as follows:

| | |
|---|---|
| **Co-Lead Counsel (85% of assessments paid)**: | |
| Hagens Berman Sobol Shapiro LLP | $340,000 |
| Lieff Cabraser Heimann & Bernstein, LLP | $340,000 |
| Hilliard Munõz Gonzales LLP | $340,000 |
| | |
| **Executive Committee and Liaison Counsel (100% of assessments paid)**: | |
| Barrios Kingsdorf & Casteix, LLP | $15,000 |
| Boies, Schiller & Flexner, LLP | $15,000 |
| Cotchett, Pitre & McCarthy, LLP | $15,000 |
| Grant & Eisenhofer PA | $15,000 |
| Motley Rice LLC | $15,000 |
| Nast Law LLC | $15,000 |
| Otterbourg, Steindler, Houston & Rosen | $15,000 |
| Podhurst Orseck, P.A. | $15,000 |
| Robinson Calcagnie Robinson Robinson Shapiro Davis, Inc. | $15,000 |
| Susman Godfrey, LLP | $15,000 |
| Weitz & Luxenberg, PC | $15,000 |
| **Total:** | **$1,185,000.00** |

The Court will file and maintain the billing records submitted in connection with the present motion under seal.

The Clerk of Court is directed to terminate Docket No. 4186.

SO ORDERED.

Date:  July 12, 2017
New York, New York

JESSE M. FURMAN
United States District Judge